COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| ENRIQUE RAMOS AKA | | No. 08-10-00089-CR |
| RICKY RAMOS, | § | |
| | | Appeal from |
| Appellant, | § | |
| | | 371st District Court |
| v. | § | |
| | | of Tarrant County, Texas |
| THE STATE OF TEXAS, | § | |
| | | (TC # 1140815W) |
| Appellee. | § | |

**MEMORANDUM OPINION**

Enrique Ramos aka Ricky Ramos appeals his conviction of burglary of a habitation. Appellant entered a plea of guilty to the felony information and the trial court placed him on deferred adjudication community supervision for five years. The State subsequently filed a motion to adjudicate alleging several violations of the terms and conditions of community supervision. Based on Appellant's plea of true to several of the alleged violations, the trial court granted the State's motion, adjudicated Appellant guilty, and assessed his punishment at imprisonment for a term of five years. We affirm.

Appellant's court-appointed counsel has filed a brief in which she has concluded that the appeal is wholly frivolous and without merit. The brief meets the requirements of *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493, *reh. denied*, 388 U.S. 924, 87 S.Ct. 2094, 18 L.Ed.2d 1377 (1967), by presenting a professional evaluation of the record demonstrating why, in effect, there are no arguable grounds to be advanced. *See High v. State*, 573 S.W.2d 807 (Tex.Crim.App. 1978); *Currie v. State,* 516 S.W.2d 684 (Tex.Crim.App. 1974); *Jackson v. State*,

485 S.W.2d 553 (Tex.Crim.App. 1972); *Gainous v. State,* 436 S.W.2d 137 (Tex.Crim.App. 1969). A copy of counsel's brief has been delivered to Appellant, and Appellant has been advised of his right to examine the appellate record and file a *pro se* brief. No *pro se* brief has been filed.

We have carefully reviewed the record and counsel's brief, and agree that the appeal is wholly frivolous and without merit. Further, we find nothing in the record that might arguably support the appeal. The judgment is affirmed.

December 15, 2010

ANN CRAWFORD McCLURE, Justice

Before Chew, C.J., McClure, and Rivera, JJ.

(Do Not Publish)